JAMES G. ROSS, *Respondent, v.* RINALDO H. STILWELL, *Appellant.*— Motion denied.

GEORGE H. CONVERSE, *Respondent, v.* ARTEMUS B. WALKER, *Appellant.*— Motion to modify order granted so that it will appear that the new trial was granted on the exceptions taken at the trial.

CARRIE E. CLARK, *Appellant, v.* THE ROCHESTER CITY AND BRIGHTON RAILWAY COMPANY, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HARDIN, J.

M. CORNELIA BROWN, *Appellant, v.* MARY A. WARNER, *Respondent, Impleaded, etc.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by BARKER, J.

MARY A. BRICK, *as Administratrix, etc., Respondent, v.* THE ROCHESTER, NEW YORK AND PENNSYLVANIA RAILROAD COMPANY, *Appellant.* — New trial denied and judgment ordered for plaintiff on the verdict. Opinions by HARDIN and BARKER, JJ.

HOMER H. WOODWARD and others, *Appellants, v.* THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, *Respondent, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

LEWIS J. GODDARD, *as Receiver, etc., Appellant, v.* STEPHEN STILES, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

GEORGE A. GREEN, *Respondent, v.* HATHORN BURT, *Appellant.* — Order affirmed, with ten dollars costs and disbursements, with leave to answer on payment of such costs and disbursements and the costs awarded at Special Term. Opinions by BARKER and HARDIN, JJ.

MARY KANE, *Appellant, v.* JOHN KANE and others, *Respondents.* — Order reversed, with ten dollars costs and disbursements. Opinion by BARKER, J.

ALFRED B. DEWEY, *Appellant, v.* SARAH M. DURHAM, *as Administratrix, etc., Respondent.* — Judgment and order affirmed, with costs, including ten dollars costs of one of the appeals from said orders, and disbursements in both of said appeals. Opinion by SMITH, P. J.

HORATIO N. EGE and BENJAMIN W. OTIS, *Respondents, v.* GEORGE GARFIELD, *Assignee, etc., Appellant.* — Judgment modified so as to conform to the report of the referee, and as modified affirmed, with costs. Opinion by HARDIN, J.

LEWIS C. REED, *Respondent, v.* ISAAC MOORE, *Appellant.* — Order reversed, with ten dollars costs and disbursements. *Held,* that the reduction of the amount of the claim of the respective parties at the trial was equivalent to an amendment of the pleadings in those respects.